UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIA MARETT
*on behalf of herself and all others similarly situated,*

        Plaintiff,

-against-

BOSTON MARKET CORPORATION,

        Defendant.

Case No.: 16-cv-9216 (VSB)

NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the claims of Plaintiff, LUCIA MARETT, are hereby dismissed without prejudice, in their entirety, as against Defendant, BOSTON MARKET CORPORATION, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: January 23, 2017
      New York, New York

Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Phone: (212) 465-1188

_____
C.K. Lee, Esq. (CL 4086)

**SO ORDERED:**

*/s/ Vernon Broderick*
**HON. VERNON S. BRODERICK** 1/31/2017
**UNITED STATES DISTRICT JUDGE**